Case 07-10964    Doc 83    Filed 05/06/08    Entered 05/06/08 15:08:05    Desc    Page 1 of 2

Page 1

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Ward, Zina S | Case Number: 07 B 10964 |
| | Judge: Goldgar, A. Benjamin |
| Printed: 5/6/08 | Filed: 6/19/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: March 25, 2008
Confirmed: October 16, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 3,040.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 1,375.85 |
| Administrative: | | 1,500.00 |
| Trustee Fee: | | 164.15 |
| Other Funds: | | 0.00 |
| Totals: | 3,040.00 | 3,040.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Legal Helpers | Administrative | 1,500.00 | 1,500.00 |
| 2. | Ocwen Loan Servicing LLC | Secured | 0.00 | 0.00 |
| 3. | Ocwen Loan Servicing LLC | Secured | 0.00 | 0.00 |
| 4. | Citi Residential Lending Inc | Secured | 0.00 | 0.00 |
| 5. | CitiMortgage Inc | Secured | 0.00 | 0.00 |
| 6. | Wells Fargo Bank | Secured | 0.00 | 0.00 |
| 7. | CitiMortgage Inc | Secured | 0.00 | 0.00 |
| 8. | Citi Residential Lending Inc | Secured | 0.00 | 0.00 |
| 9. | DaimlerChrysler Servs North America | Secured | 0.00 | 0.00 |
| 10. | CitiMortgage Inc | Secured | 0.00 | 0.00 |
| 11. | Citi Residential Lending Inc | Secured | 0.00 | 0.00 |
| 12. | Citi Residential Lending Inc | Secured | 0.00 | 0.00 |
| 13. | Citi Residential Lending Inc | Secured | 0.00 | 0.00 |
| 14. | Citi Residential Lending Inc | Secured | 0.00 | 0.00 |
| 15. | CitiMortgage Inc | Secured | 0.00 | 0.00 |
| 16. | Illinois Dept of Revenue | Priority | 4,329.65 | 168.48 |
| 17. | Internal Revenue Service | Priority | 31,027.17 | 1,207.37 |
| 18. | Merrick Bank | Unsecured | 820.03 | 0.00 |
| 19. | Portfolio Recovery Associates | Unsecured | 155.38 | 0.00 |
| 20. | Sprint Nextel | Unsecured | 81.60 | 0.00 |
| 21. | ECast Settlement Corp | Unsecured | 40.76 | 0.00 |
| 22. | ECast Settlement Corp | Unsecured | 9,188.98 | 0.00 |
| 23. | ECast Settlement Corp | Unsecured | 2,840.34 | 0.00 |
| 24. | Internal Revenue Service | Unsecured | 843.96 | 0.00 |
| 25. | Providian | Unsecured | 1,642.10 | 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| **IN RE:** Ward, Zina S | Case Number: 07 B 10964 | |
| | Judge: Goldgar, A. Benjamin | |
| Printed: 5/6/08 | Filed: 6/19/07 | |

| | | | | |
|---|---|---|---|---|
| 26. | ECast Settlement Corp | Unsecured | 848.91 | 0.00 |
| 27. | Illinois Dept of Revenue | Unsecured | 4.40 | 0.00 |
| 28. | ECast Settlement Corp | Unsecured | 220.14 | 0.00 |
| 29. | ECast Settlement Corp | Unsecured | 785.26 | 0.00 |
| 30. | B-Real LLC | Unsecured | 208.89 | 0.00 |
| 31. | Capital One | Unsecured | 175.47 | 0.00 |
| 32. | Nicor Gas | Unsecured | 1,000.34 | 0.00 |
| 33. | Action Card | Unsecured | | No Claim Filed |
| 34. | BP Citi | Unsecured | | No Claim Filed |
| 35. | Columbus Bank & Trust | Unsecured | | No Claim Filed |
| 36. | BP Oil Co | Unsecured | | No Claim Filed |

$ 55,713.38     $ 2,875.85

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 164.15 |

$ 164.15

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

